# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KIMBALL HILL, INC., *et al.*, | ) | Case No. 08-10095 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | Hon. Timothy A. Barnes |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) | |
| | ) | |
| Respondent/Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRG VENTURE TWO, LLC, | ) | |
| | ) | |
| Movant/Appellee. | ) | |

**NOTICE OF CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(B)(1)(B)**

PLEASE TAKE NOTICE that on June 24, 2021, pursuant to Bankruptcy Rule 8009(b)(1)(B) the undersigned certifies that:

1. Appellant is not ordering any additional transcripts for the above-captioned appeal.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

Dated: June 24, 2021

Respectfully submitted,

Fidelity & Deposit Company of Maryland

By: */s/ Margaret M. Anderson*

Margaret M. Anderson (ARDC # 3127738)
David Koropp (ARDC # 6201442)
L. Brandon Liss (ARDC # 6321031)
Kenneth M. Thomas (ARDC # 6324750)
Fox Swibel Levin & Carroll LLP
200 West Madison – Suite 3000
Chicago, IL  60606
Ph:  312 224 1200

*Counsel for Appellant Fidelity & Deposit Company of Maryland*

# CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that on June 24, 2021, a true and correct copy of the *Notice of Certification Pursuant to Bankruptcy Rule 8009(b)(1)(B)* was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois through the CM/ECF filing system and served on all parties registered to receive notice through the CM/ECF system, including the below identified counsel.  Further, the below identified counsel received the above referenced filing via e-mail on June 24, 2021.

Douglas J. Lipke, Esq. (#3124576)
William W. Thorsness, Esq. (#6290913)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
dlipke@vedderprice.com
wthorsness@vedderprice.com

Edward B. Ruff, III
Michael P. Turiello
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
eruff@pretzel-stouffer.com

Dated:  June 24, 2021

                                            By: */s/ Margaret M. Anderson*
                                                Margaret M. Anderson

4192674 v1 - 07058 / 001