Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   08-10095 |
| | ) | |
| KIMBALL HILL, INC., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER SCHEDULING TRG'S MOTION, PURSUANT TO SECTION 105 OF THE
BANKRUPTCY CODE AND THIS COURT'S INHERENT AUTHORITY, FOR ENTRY OF AN
ORDER FOR SUPPLEMENTAL COMPENSATORY DAMAGES**

Upon the motion of TRG Venture Two, LLC, as successor to the KHI Post-Consummation Trust ("TRG") for entry of an order against Fidelity & Deposit of Maryland ("Fidelity" and, together with TRG, the "Parties" and each a "Party"), pursuant to Section 105 of the Bankruptcy Code and this Court's inherent authority, (i) scheduling matters with respect to TRG's supplemental compensatory damages and other matters and (ii) granting related relief (the "Motion"); it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of the Motion and the opportunity for a hearing on the Motion were appropriate under the particular circumstances and that no other or further notice need be given; the Court having considered the Motion during the hearing conducted on April 19, 2023, and any objections and responses thereto; upon the record of the hearing to consider the Motion; and after due deliberation and sufficient cause appearing thereto;

IT IS HEREBY ORDERED:

1. The Motion is granted with respect to the request to enter a scheduling order and as provided herein.

2. TRG is granted leave to further supplement its additional compensatory damages incurred from and after July 1, 2017 on or before June 19, 2023 ("TRG's Supplemental Damages").

3. Fidelity may file a response (a "Response") to the Motion and TRG's Supplemental Damages on or before August 21, 2023. Any discovery Fidelity may seek with respect to the reasonableness of TRG's Supplemental Damages must be completed prior to August 21, 2023.

4. If a Response is filed, TRG may file a reply (a "Reply") to the Response on or before September 6, 2023. Any discovery TRG may seek with respect to the Response must be completed prior to September 6, 2023.

5. All arguments and evidence not made or submitted in the Motion, TRG's Supplemental Damages, the Response or the Reply, as applicable, will be waived.

6. No filings relating to the Motion other than the foregoing may be made; provided, however, that either Party may schedule a status conference with the Court to bring before the Court any unresolved dispute between the Parties relating to TRG's Supplemental Damages, the Response or the Reply

Form G5   (20170105_bko)

(including, but not limited to, a discovery dispute) (a "Dispute") by filing a Notice of Status Conference pursuant to this Order (a "Notice of Status Conference"). The Notice of Status Conference shall briefly describe the nature of the Dispute and shall schedule such status conference on no less than seven (7) calendar days' notice. At the status conference the Court may resolve the Dispute or schedule such further matters relating to the Dispute as the Court may direct.

    7.  A further status conference on the Motion and TRG's Supplemental Damages and, as applicable, a Response and/or a Reply, is set for September 20, 2023 at 10:00 a.m. prevailing Central Time.

Enter:

Honorable Timothy A. Barnes

Dated:  04.24.2023

United States Bankruptcy Judge

**Prepared by:**

Douglas J. Lipke
William W. Thorsness
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005
dlipke@vedderprice.com
wthorsness@vedderprice.com